Tina DAVIS, Plaintiff—Appellant,

v.

SOUTHERN ARIZONA VETERANS AFFAIRS HEALTH CARE SYSTEM; et al., Defendants—Appellees.

No. 08–16662.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 22, 2010.

Tina Davis, Tucson, AZ, pro se.

Joseph Cole Hernandez, USTU—Office of the U.S. Attorney, Tucson, AZ, for Defendants–Appellees.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

## MEMORANDUM **

Tina Davis appeals pro se from the district court's judgment dismissing her employment discrimination action for failure to comply with the district court's order

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

requiring her to submit to a deposition. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Malone v. U.S. Postal Serv.,* 833 F.2d 128, 130 (9th Cir.1987). We affirm.

The district court did not abuse its discretion by dismissing the action after weighing the pertinent factors. *See id.* (addressing factors to consider in determining whether a district court abused its discretion by dismissing an action under Fed.R.Civ.P. 37(b)(2) or 41(b)); *see also Moneymaker v. CoBen (In re Eisen),* 31 F.3d 1447, 1455 (9th Cir.1994) ("[A]n express warning regarding the possibility of dismissal is [not] a prerequisite to a Rule 41(b) dismissal when dismissal follows a noticed motion under Rule 41(b).").

Davis's remaining contentions are unpersuasive.

**AFFIRMED.**